PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.   Crim No. 2:21CR00166

Wilsonis Ayala-Villanueva

On August 31, 2018 the above named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervised release. It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Digitally signed by Cecil B McCarroll III
Date: 2022.05.18 15:27:35 -07'00'

Cecil McCarroll
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this  25  day of     May       ,20 22 .

Gloria M. Navarro
United States District Judge